SYDNEY VOLKMAN et al., as Executors of LILY PREISS, Deceased, Appellants, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See *post*, p. 889.]

LEOPOLD MANNABERG, Respondent, v. THEODORE W. HERBST et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See *post*, p. 862.]

GEORGE GAILLARD, Respondent, v. CITY OF NEW YORK, Appellant. MORRIS WEINER, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

BEN NEWMAN et al., Copartners Doing Business under the Name of NEWMAN LABORATORIES, Respondent, v. NEW YORK PASTE & LIQUID GLUE MFG. CO., INCORPORATED, Appellant, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of EDWARD W. DUGAN, Appellant, against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 889.]

LITTLE JONES COMPANY, INC., Respondent, v. ORIENTAL CRAFT SHOPPE, INC., Appellant, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin. P. J., Townley, Glennon, Cohn and Callahan, JJ.

GRACE H. HOOPS, Appellant, v. EDWARD E. HOOPS, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 902.]

MAX LOEWINTHAN, Respondent, v. MORRIS FICHTER, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ABRAHAM S. GREENHOUSE, Respondent, v. WILLIAM SACKLOW, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of EBERHARDT VOLK, as Trustee of the Estate of WILLIAM VOLK, Deceased, for an Order Permitting the Inspection of Books in the Custody of JAMES J. CRISONA, an Attorney. In the Matter of a Compulsory Accounting in the Estate of WILLIAM VOLK, Deceased. [Also, Matter of Consolidation of Action Entitled CRISONA v. VOLK, Pending in City Court of New York, with Present Accounting Proceeding.] JAMES J. CRISONA